Complete and Mail To:
**BORRELLI & ASSOCIATES, P.L.L.C.**
Attn: MAHESH SHAHANI, on behalf of himself, individually, and on behalf of all others similarly-situated v. PIER SIXTY LLC, et al.
910 Franklin Avenue, Suite 205
Garden City, New York 11530
Tel: (516) 248-5550
Fax: (516) 248-6027

## CONSENT TO JOIN COLLECTIVE ACTION

I hereby consent to join the lawsuit, entitled MAHESH SHAHANI, on behalf of himself, individually, and on behalf of all others similarly situated v. PIER SIXTY LLC, et al., Docket No.: 24-cv-6211 brought pursuant to the Fair Labor Standards Act, the New York State Labor Law, the New York Code of Rules and Regulations, and New York common law.

By signing below, I state that I am currently or was formerly employed by the Defendants at some point during the previous six years. I elect to join this case in its entirety with respect to any claims asserted in the complaint filed in this matter and/or under any Federal and/or state law, rule, or regulation.

I hereby designate Borrelli & Associates, P.L.L.C. to represent me for all purposes of this action.

_Shahani_
Signature

MAHESH SHAHANI
Full Legal Name (Print)