**Complete and Mail To:**
**BORRELLI & ASSOCIATES, P.L.L.C.**
Attn: MAHESH SHAHANI, on behalf of himself, individually, and on behalf of all others similarly-
situated v. PIER SIXTY LLC, et al.
**910 Franklin Avenue, Suite 205**
**Garden City, New York 11530**
**Tel: (516) 248-5550**
**Fax: (516) 248-6027**

## CONSENT TO JOIN COLLECTIVE ACTION

I hereby consent to join the lawsuit, entitled MAHESH SHAHANI, on behalf of himself, individually, and on behalf of all others similarly-situated v. PIER SIXTY LLC, et al. Docket No.: 24-cv-6211- PAE     brought pursuant to the Fair Labor Standards Act, the New York State Labor Law, the New York Code of Rules and Regulations, and New York common law.

By signing below, I state that I am currently or was formerly employed by the Defendants at some point during the previous six years. I elect to join this case in its entirety with respect to any claims asserted in the complaint filed in this matter and/or under any Federal and/or state law, rule, or regulation.

I hereby designate Borrelli & Associates, P.L.L.C. ("Plaintiff's Counsel") to represent me for all purposes of this action.

I also designate MAHESH SHAHANI, the class representative who brought the above-referenced lawsuit, as my agent to make decisions on my behalf concerning the litigation and the method and manner of conducting the litigation. I also state that I have entered into my own retainer agreement with Plaintiff's Counsel or consent to the retainer agreement entered into by Mr. Shahani concerning attorneys' fees and costs, as well as all other matters pertaining to this lawsuit.



Signature

Joshua Scott Schenker

Full Legal Name (Print)