UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MAHESH SHAHANI, on behalf of himself, individually, and on behalf of all others similarly-situated,

                              Plaintiff,

          -against-

PIER SIXTY LLC d/b/a PIER SIXTY COLLECTION, and PAUL GALLEN, individually,

                            Defendants.

---------------------------------------------------------------X

Index. No.: 1:24-cv-06211-PAE

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

      Plaintiff, MAHESH SHAHANI, by and through his counsel, Borrelli & Associates, P.L.L.C., hereby voluntarily dismisses this action *without* prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). This dismissal is not pursuant to any settlement, offer of judgment, or any exchange of consideration.

Dated: Garden City, New York
       March 17, 2025

                                                Respectfully submitted,

                                                BORRELLI & ASSOCIATES, P.L.L.C.
                                                *Attorneys for Plaintiff*
                                                910 Franklin Avenue, Suite 205
                                                Garden City, New York 11530
                                                Tel. (516) 248-5550
                                                Fax. (516) 248-6027

                      By: _____
                                           Michael J. Borrelli, Esq.

Under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), a settlement in a Fair Labor Standards Act case must be reviewed by the district court for compliance with the Act's requirements before the parties may dismiss a case under Federal Rule of Civil Procedure 41(a)(1)(A). *See Samake v. Thunder Lube, Inc.*, 24 F.4th 804, 810 (2d Cir. 2022) ("[T]he logic of *Cheeks* . . . applies equally to Rule 41(a)(1)(A)(i) dismissals *without* prejudice." (emphasis added)). Here, plaintiff represents that his voluntary dismissal of this action without prejudice is not based on "any settlement, offer of judgment, or any exchange of consideration." Therefore it does not trigger *Cheeks* review.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 19, 2025
    New York, New York